[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
DEC 21, 2010
JOHN LEY
CLERK

No. 10-12005
Non-Argument Calendar
_____

D.C. Docket No. 1:09-cr-00107-CG-B-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JOSHUA EDWARD LEDKINS,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Alabama
_____

(December 21, 2010)

Before HULL, WILSON and MARTIN, Circuit Judges.

PER CURIAM:

Robert Ratliff, appointed counsel for Joshua Edward Ledkins in this direct

criminal appeal, has moved to withdraw from further representation of Ledkins

and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguably meritorious issues, counsel's motion to withdraw is **GRANTED**, and Ledkins's conviction and sentence is **AFFIRMED**.